IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY W. HUDSON, § | |
| HC SPN 00029917, § | |
|     Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-05-2668 |
| § | |
| HARRIS COUNTY SHERIFF'S § | |
| DEPARTMENT, § | |
|     Defendant. § | |

ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

This is a FINAL ORDER.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas on 14th day of September, 2005.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE